IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| RONALD LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:16-cv-00111 |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | JUDGE CAMPBELL |
| SECURITY, | ) | MAGISTRATE JUDGE MAJZOUB |
| | ) | |
| Defendant. | | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report And Recommendation (Doc. No. 21), which was filed on March 12, 2018. Through the Report And Recommendation, the Magistrate Judge finds that the decision of the Social Security Administration is supported by substantial evidence, and recommends that the Plaintiff's Motion For Judgment On The Administrative Record (Doc. No. 16) be denied. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes that it should be adopted and approved. Accordingly, the decision of the Social Security Administration is AFFIRMED, and Plaintiff's Motion is DENIED.

This action is **DISMISSED**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE